■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAD JEFFRIES, Appellant. [52 NYS3d 864]—Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered October 25, 2015, convicting defendant, upon his plea of guilty,

of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the term of postrelease supervision from 2½ years to 1½ years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Sweeny, J.P., Mazzarelli, Moskowitz, Manzanet-Daniels and Kapnick, JJ.